■     POTTER REAL ESTATE CO., INC., Appellant, v. O & S BEARING & MFG. CO., Respondent. No. 1.— Order unanimously reversed, without costs, and motion denied. Memorandum: The court should not have considered the motion to dismiss for lack of jurisdiction until the plaintiff was permitted disclosure pursuant to CPLR 3211 (subd. [d]). The plaintiff was entitled to the opportunity to show that defendant was transacting business in New York State and, therefore, subject to jurisdiction under CPLR 302 (subd. [a], par. 1). (*Agrashell, Inc.* v. *Sirotta Co.,* 344 F. 2d 583; *Crossley Glove Co.* v. *Wakefield Leathers,* 30 A D 2d 598; *Lohne* v. *City of New York,* 25 A D 2d

440.) (Appeal from order of Onondaga Special Term dismissing complaint in action for commission.) Present — Goldman, P. J., Marsh, Witmer, Moule and Bastow, JJ.